

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2014

No. 04-13-00510-CR

Juan **GARCIA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR1531
Honorable Philip A. Kazen, Jr., Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File pro se Brief is hereby GRANTED. Appellant's pro se brief, if any, is due on or before February 10, 2014. The Court will accept one copy of appellant's pro se brief.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court